ACCEPTED
03-14-00407-CR
5367185
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 5:01:05 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00407-CR

| | | |
|---|---|---|
| **JERRYL ROBINSON** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 5:01:05 PM
JEFFREY D. KYLE
Clerk

## <u>STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 16 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of the offense of Theft > $1,500 < $20,000. The offense was enhanced from a state jail felony to a second-degree felony, and Appellant was sentenced to 15 years confinement on June 11, 2014. Appellant's brief was originally due November 3, 2014. After two motions for extension were granted by the Court, Appellant filed his brief on February 9, 2015.

### II.

I am handling the appeal for the State in this case. I prepared findings of fact and conclusions of law for the District Court related to trial cause number CR2012-263, which I submitted on April 17th. I subsequently worked on and submitted findings related to writ number WR-81,373-02. I have assisted on other research

1

and appellate issues in the office, including issues related to a pending motion to abate and remand in 03-15-00153-CR and a petition for writ of mandamus in 03-15-00223-CV. I have handled several recent expunctions which have required research and court appearances (including contested expunctions on May 11th and May 21st). I will also attend an appellate law conference in Austin at the end of the month, and I will likely sit second chair for oral argument in 03-14-00669-CR on June 3, 2015. I have reviewed the record and begun working on the brief in this case, but I have not yet been able to complete it. In light of the foregoing, I respectfully request an extension of 16 days to file the State's brief in the instant cause. This is the third extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 16 days, until June 5, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third Motion to Extend Time to File Brief* has been delivered to Appellant JERRYL ROBINSON's attorney in this matter:

Marilee H. Brown
Marilee@hazelbrownlaw.com
Hazel Brown Wright Reneau, PLLC
391 Landa Street
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 20th day of May, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**